IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.

                                                    Criminal No. 11-30142-DRH-2

**BRIAN C. MORRIS,**

    **Defendant.**

## ORDER

**HERNDON, Chief Judge:**

    Now before the Court is the government's motion to dismiss (Doc. 91). Based on the reasons stated in the motion, the Court **DISMISSES with prejudice** Counts 2 through 13 of the indictment as to Brian C. Morris.

**DATE:** April 25, 2012

                                                    Digitally signed by David R. Herndon
                                                    Date: 2012.04.25 13:16:39 -05'00'

                                                    **Chief Judge**
                                                    **United States District Court**